AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by ___ D.C.
SEP 0 6 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) |
| v. | ) |
| ANTONIO RACHAUD BURNS, | ) Case No. 18-8383-WM |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 5, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Possession with intent to distribute a detectable amount of heroin |
| 18 U.S.C. Section 924(c) | Possession of a firearm in furtherance of a drug trafficking offense |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Lovelace, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: SepT. 6, 2018

_____
*Judge's signature*

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF KEVIN LOVELACE JR.
## SPECIAL AGENT
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

Your affiant, Kevin Lovelace Jr., first being first duly sworn, does hereby depose and state as follows:

1. Your affiant is employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since 2016. Prior to this employment, I worked for the Federal Deposit Insurance Corporation's (FDIC) Office of Investigations (OIG) for 3 years. I also attended the Federal Law Enforcement Training Center (FLETC) and completed both Criminal Investigator School and ATF New Agent Professional Training. My responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44). This affidavit is based upon my personal knowledge, review of reports, and information obtained from other law enforcement officials and civilians.

2. I submit this affidavit in support of an arrest warrant for **Antonio Rachaud BURNS.** Because this affidavit is submitted for the limited purpose of obtaining an arrest warrant, it does not contain all the information known to me regarding this investigation, but only those facts necessary to establish probable cause to believe that Antonio Rachaud BURNS possessed heroin with the intent to distribute the same, and possessed a firearm in furtherance of a drug trafficking crime, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 924(c).

3. On September 5, 2018, agents were conducting surveillance in the city of Riviera Beach due to an ongoing investigation. While conducting surveillance, agents observed a vehicle in the area, and began to follow the vehicle. After agents observed the driver commit a traffic violation, agents requested that a marked patrol unit conduct a traffic stop on the vehicle. Officers

conducted the traffic stop at 1760 Palm Beach Lakes Blvd., West Palm Beach. As officers approached the passenger side of the vehicle, they observed the front seat passenger, later identified as Antonio Rachaud BURNS, holding an AK-47 variant style rifle on his lap. Officers immediately ordered BURNS, the vehicle's driver (later identified as J.G.), and the backseat passenger (later identified as D.S.) out of the vehicle. All of the occupants complied with the orders. While officers conducted a pat down of BURNS, BURNS spontaneously stated that he had heroin pills in his pocket. BURNS then added that there were additional heroin pills in his buttocks. Officers located a total of 116 heroin pills on BURNS' person. The heroin field-tested positive and weighed approximately 11 grams. BURNS also had $622 in cash on his person.

    4.    J.G., the driver and owner of the vehicle, gave agents consent to search the vehicle. Agents searched the vehicle and located in the front passenger seat a loaded Romarm Model WASR 10, Cal 7.62, x 39mm with the stock cut off, and a round in the chamber. This is the same firearm that officers observed on BURNS' lap. Agents also located a loaded Springfield Armory XD .357 caliber pistol with attached laser underneath the driver's seat. This firearm was accessible to D.S., the rear passenger. D.S. is a convicted felon. D.S. provided agents with a sample of his DNA so that agents can determine whether any firearm located inside the vehicle was possessed by D.S. D.S. was released from the scene pending DNA testing.

    5.    J.G. provided agents with a sworn recorded statement. J.G. indicated that earlier on September 5, 2018, she purchased four heroin pills from BURNS for $70. She stated that after this transaction occurred, BURNS asked her for a ride and offered to give her three additional heroin pills as payment.

6. Post-*Miranda*, BURNS admitted that that he possessed the heroin which was located on his person for distribution purposes.

7. Your affiant consulted with DEA TFO Rey Paniagua, who has been qualified in both state and federal court on numerous occasions as a narcotics expert. Upon viewing the evidence and reports, TFO Paniagua determined that the manner and means by which BURNS packed and kept his narcotics is consistent with drug trafficking and street level drug distribution. Your affiant knows that drug dealers often utilize firearms to protect their narcotics and currency. In this case, BURNS possessed the narcotics, currency, and firearms together inside the vehicle.

8. Based on the foregoing, your affiant submits that on September 5, 2018, Antonio Rachaud BURNS possessed a detectable amount of heroin for distribution, and possessed a firearm in furtherance of his drug distribution, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. 924(c).

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Kevin Lovelace Jr.
Special Agent, ATF

SWORN TO AND SUBSCRIBED BEFORE ME THIS __6th__ TH DAY OF SEPTEMBER 2018, AT WEST PALM BEACH, FLORIDA, SOUTHERN DISTRICT OF FLORIDA.

_____
William Matthewman
United States Magistrate Judge

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __18-8383-WM__

UNITED STATES OF AMERICA

v.

ANTONIO RACHAUD BURNS,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Rinku.Tribuiani@usdoj.gov